1  BENJAMIN B. WAGNER
2  United States Attorney
   LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  LYNN M. HARADA, CSBN 267616
5  Special Assistant United States Attorney

6      333 Market Street, Suite 1500
7      San Francisco, California 94105
       Telephone:  (415) 977-8977
8      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
9

10  Attorneys for Defendant

11                  UNITED STATES DISTRICT COURT

12                  EASTERN DISTRICT OF CALIFORNIA

13

14                       **FRESNO DIVISION**

15

16  ESTEBAN VARGAS,              )   CIVIL NO.: 1:10-CV-02086-SKO
                                 )
17       Plaintiff,              )
                                 )
18          v.                   )   STIPULATION AND ORDER FOR
                                 )   REMAND PURSUANT TO SENTENCE FOUR OF
19  MICHAEL J. ASTRUE,           )   42 U.S.C. § 405(g), AND REQUEST FOR ENTRY
20  Commissioner of             )   OF JUDGMENT IN FAVOR OF PLAINTIFF AND
    Social Security,            )   AGAINST DEFENDANT
21                               )
22       Defendant.              )
                                 )
23  _____)

24      IT IS HEREBY STIPULATED, by and between the parties, through their respective

25  counsel of record, that this action be remanded to the Commissioner of Social Security for further

26  administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.

27  § 405(g), sentence four.

28

1    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take

2 the following action:

3    To attempt to obtain the missing pages from Exhibits 34F and 36F of the transcript, as

4 well as a clear copy of Exhibit 1F, page 2.  Thereafter, the ALJ will offer the claimant an

5 opportunity for a supplemental hearing and issue a new decision.

6    The parties further request that the Clerk of the Court be directed to enter a final judgment

7 in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final

8 decision of the Commissioner.

                                                    Respectfully submitted,
9

10

Dated: April 21, 2011                    /s/ Laura E. Krank
11                                                  (As authorized by email)
                                                    LAURA E. KRANK
12                                                  Attorney for Plaintiff

13

Dated: April 21, 2011                    BENJAMIN B. WAGNER
14                                                  United States Attorney
                                                    LUCILLE GONZALES MEIS
15                                                  Regional Chief Counsel, Region IX
                                                    Social Security Administration
16

17
                                         By /s/ Lynn M. Harada
18                                                  LYNN M. HARADA
                                                    Special Assistant United States Attorney
19

20                                                  Attorneys for Defendant

21

22

23 IT IS SO ORDERED.

24
**Dated:     April 25, 2011                       /s/ Sheila K. Oberto**
25                                                  UNITED STATES MAGISTRATE JUDGE

26

27

28

                                             2